**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
Thomas E. Nanney, California Bar No. 214342
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
Email:       james.goldberg@bryancave.com
             tom.nanney@bryancave.com

**BRYAN CAVE LLP**
Robert E. Boone III, California Bar No. 132780
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:   (310) 576-2100
Facsimile:   (310) 576-2200
Email:       reboone@bryancave.com

Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO P. SANCHEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA f/k/a<br>COUNTRYWIDE HOME LOANS, et al.,<br><br>　　　　Defendants. | Case No. **3:09-CV-05574-SC**<br><br>**STIPULATION TO EXTEND TIME FOR COUNTRYWIDE HOME LOANS, INC. TO RESPOND TO COMPLAINT**<br><br>**[Local Rule 6-1]** |

## **STIPULATION**

This Stipulation is entered into by Plaintiff ANTONIO P. SANCHEZ ("Plaintiff") and Defendant COUNTRYWIDE HOME LOANS, INC. ("CHL"), erroneously named as Bank of America f/k/a Countrywide Home Loans.

WHEREAS, on November 24, 2009, Plaintiff filed his Complaint in this Court;

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907

WHEREAS, pursuant to Local Rule 6-1, on December 22, 2009, Plaintiff and CHL agreed to a 21-day extension of time for CHL to file its response to the Complaint;

NOW, THEREFORE, Plaintiff and CHL desire and hereby **STIPULATE** that CHL shall have until, and including, January 21, 2010 to respond to Plaintiff's Complaint in this matter.

**IT IS SO STIPULATED.**

Dated: December 23, 2009     **LAW OFFICES OF SHARON L. LAPIN**
Sharon L. Lapin

By: /s/ Sharon L. Lapin
    Sharon L. Lapin
    Attorney for Plaintiffs
    ANTONIO P. SANCHEZ

Dated: December 23, 2009     **BRYAN CAVE LLP**
James Goldberg
Thomas E. Nanney
Robert E. Boone III

By: /s/ James Goldberg
    James Goldberg
    Attorneys for Defendants
    COUNTRYWIDE HOME LOANS, INC.



IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA