**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
Thomas E. Nanney, California Bar No. 214342
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone:     (415) 675-3400
Facsimile:      (415) 675-3434
Email:            james.goldberg@bryancave.com
                    tom.nanney@bryancave.com

**BRYAN CAVE LLP**
Robert E. Boone III, California Bar No. 132780
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:     (310) 576-2100
Facsimile:      (310) 576-2200
Email:            reboone@bryancave.com

Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO P. SANCHEZ,<br><br>              Plaintiff,<br><br>       v.<br><br>BANK OF AMERICA f/k/a<br>COUNTRYWIDE HOME LOANS, et al.,<br><br>              Defendants. | Case No. **3:09-CV-05574-SC**<br><br>**STIPULATION TO EXTEND TIME FOR COUNTRYWIDE HOME LOANS, INC. TO RESPOND TO COMPLAINT**<br><br>**[Local Rule 6-1]** |

## STIPULATION

This Stipulation is entered into by Plaintiff ANTONIO P. SANCHEZ ("Plaintiff") and Defendant COUNTRYWIDE HOME LOANS, INC. ("CHL"), erroneously named as Bank of America f/k/a Countrywide Home Loans.

WHEREAS, on November 24, 2009, Plaintiff filed his Complaint in this Court;

1   WHEREAS, pursuant to Local Rule 6-1, on December 22, 2009, Plaintiff and CHL agreed to a 21-day extension of time for CHL to file its response to the Complaint;

NOW, THEREFORE, Plaintiff and CHL desire and hereby **STIPULATE** that CHL shall have until, and including, January 21, 2010 to respond to Plaintiff's Complaint in this matter.

**IT IS SO STIPULATED.**

Dated:  December 23, 2009          **LAW OFFICES OF SHARON L. LAPIN**
                                    Sharon L. Lapin

                                    By: /s/ Sharon L. Lapin
                                        Sharon L. Lapin
                                        Attorney for Plaintiffs
                                        ANTONIO P. SANCHEZ

Dated:  December 23, 2009          **BRYAN CAVE LLP**
                                    James Goldberg
                                    Thomas E. Nanney
                                    Robert E. Boone III

                                    By: /s/ James Goldberg
                                        James Goldberg
                                        Attorneys for Defendants
                                        COUNTRYWIDE HOME LOANS, INC.

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]